[No. 29069-7-III.   Division Three.   March 1, 2011.]

MIKE REED, *Appellant*, v. LES SCHWAB TIRE CENTERS, INC.,
ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-02863-4, Salvatore F. Cozza, J., entered April 16, 2010. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28539-1-III.   Division Three.   March 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE
MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-02188-1, Jerome J. Leveque, J., entered October 16, 2009. *Reversed* and *remanded* by unpublished opinion per Siddoway, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28610-0-III.   Division Three.   March 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN RUSSELL
KOHN, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 04-1-00661-1, John M. Antosz, J., entered October 9, 2009. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J., and Brown, J.

[No. 28897-8-III.   Division Three.   March 3, 2011.]

THE STATE OF WASHINGTON, *Respondent*, v. WALDO EMERSON
WALDRON-RAMSEY, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-1-00745-9, Maryann C. Moreno, J., entered February 2, 2010. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.